CAROLINE C. PIPER, Respondent, *v.* JOHN L. HOARD, Appellant.

(Argued December 9, 1890; decided December 19, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made July 20, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*C. D. Adams* for appellant.

*A. M. Beardsley* for respondent.

Agree to affirm; no opinion.
All concur, except RUGER, Ch. J., dissenting.
Judgment affirmed.